IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON D. BRADLEY,

                      Plaintiff,

  v.

SERGEANT ROSS, JOSHUA COYNE,
CASEY RINDFLEISCH, DEPUTY SEXTON,
NATHANIEL NEWBERRY, BEN GULDEN,
STEVEN COLBROOK, HAVEN CRECELIUS,
HENRY CHESMORE, JOE CUTA,
NURSE TAMMY, and
DRS. JANE AND JOHN DOE,

                      Defendants.

ORDER

21-cv-467-slc

---

      Plaintiff Brandon D. Bradley, Sr., who is also known as Brittney Bradley, is currently a prisoner at Green Bay Correctional Institution. Bradley contends that staff at the Dane County Jail tethered her to a restraint chair so tightly that it injured her and that medical staff failed to adequately treat her injuries from the restraints. The court granted her leave to proceed on constitutional and state-law negligence claims against the defendants involved in those incidents.

      Bradley has filed a motion to compel discovery, dkt. 53, along with what she calls supplements to that motion, dkt. 60, dkt. 64, and a motion for protective order, dkt. 66, that is really another motion to compel or motion for discovery sanctions. Much of her argument in these motions is related to her attempts at naming the remaining Doe defendants in this case: "Nurse Tammy" and Doe doctors. She states that defendants have not properly responded to her requests regarding those efforts, in part by sending her flash drives with electronic copies of records rather than paper copies. The discovery rules don't require defendants to make paper copies of the records they turn over, but in any event this issue appears to be resolved, as Bradley followed with two documents finally identifying the Does as Nurse Tammy Collins, Dr. Salam

Syed, and Dr. Yasmin Yusef, dkts. 61 and 62. So I will deny that portion of her motions to compel. I will grant Bradley's motion for extension to time to identify those defendants, dkt. 54, and I will give defendants' counsel a short time to explain whether they will be representing the newly named defendants.

The other main thrust of Bradley's motions is that the video evidence of her cell extraction that defendants turned over in discovery doesn't properly play on her prison's computers. I checked the copies submitted to the court and they do work. But if there is a problem with playback on the prison computers, that needs to be addressed so that Bradley can prosecute her claims. I will give counsel for defendants a short time to check with GBCI staff about the playback of defendants' exhibits and report back. If need be, counsel may contact the clerk of court to get contact info for Assistant Attorney General Bradley Patrick Soldon, counsel assigned to Bradley's recent litigation against prison staff, who should be able to identify GBCI's litigation coordinator or other staff responsible for Bradley's access to the videos.

In the meantime, defendants have filed a motion for summary judgment, dkt. 67. Bradley has filed motions for extension of time to respond to that motion, dkts. 76, 77, and 85, stating that the Doe defendants have yet to be served, that she still needs to be able to see the video exhibits, and that she has an Office of Lawyer Regulation complaint pending against defendants' counsel. The OLR complaint isn't a reason to stay summary judgment briefing but the other reasons are. I will strike the briefing schedule on defendants' motion for summary judgment pending resolution of the service and video issues.

ORDER

It is ORDERED that:

(1) Plaintiff's motions to compel discovery, dkts. 53, 60, 64, and 66, are DENIED IN PART.

(2) Plaintiff's motion for extension of time to identify the Doe defendants, dkt. 54, is GRANTED.

(3) Tammy Collins, Salam Syed, and Yasmin Yusef are added to the caption as defendants.

(3) Counsel for defendants may have until May 4, 2023, to report whether they will represent the new defendants, and to report on Bradley's access to their video exhibits.

(4) Plaintiff's motions for extension of time to file a summary judgment response, dkts. 76, 77, and 85, are GRANTED. The briefing schedule on defendants' motion for summary judgment, dkt. 67, is STRUCK and will be re-set once we have realigned the mechanics of this case.

Entered this 13th day of April, 2023.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge

3